

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F.# 2007R01151

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* *147 Pierrepont Street*
*Brooklyn, New York 11201*

October 24, 2007

<u>Via Facsimile and ECF</u>
The Honorable James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Ara v. Khan, et al.</u>
<u>Civil Docket No. 07-1251(ARR)(JO)</u>

Dear Judge Orenstein:

The government respectfully moves to lift the stay previously imposed by the Court on June 14, 2007, on the government's motion pursuant to Title 18, United States Code, Section 1595(b)(1). The government has concluded its investigation and, at this time, is not initiating a criminal prosecution in this matter.

Respectfully submitted,

BENTON J. CAMPBELL
United States Attorney

By: _____
Pamela Chen (PC 7015)
Assistant U.S. Attorney

cc: (via facsimile and ECF)
Molly Biklen, Esq.
Barbara L. Hall, Esq.
Hissan Ahsan Bajwa, Esq.