UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HASMAT ARA,

                              Plaintiff,

              - against -

SAKINA KHAN, et al.,

                             Defendants.
-----------------------------------------------------------X

**ORDER**

CV 07-1251 (ARR) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

       Attorney Christian A. Cavallo ("Cavallo"), a member of the bar of the State of New Jersey who is not admitted to practice before this court, has moved to be admitted *pro hac vice* to appear for the plaintiff in the instant case pursuant to Local Civil Rule 1.3(c). A motion to admit an attorney *pro hac vice*, like any other application for relief in this court, may only be made by an attorney who is himself already admitted, either as a member of the bar of this court or on a *pro hac vice* basis. *See* Loc. Civ. R. 1.5(b)(6); *Erbacci, Cerone, and Moriarty, Ltd. v. United States*, 923 F. Supp. 482, 486 (S.D.N.Y. 1996). As a result, an attorney who needs to gain admission *pro hac vice* must necessarily seek the assistance of a current member of the bar to make the required motion. For that reason, I deny the instant application without prejudice to renewal by a properly admitted attorney.

      **SO ORDERED.**

Dated: Brooklyn, New York
       March 5, 2008

                                                          /s/ James Orenstein
                                                           JAMES ORENSTEIN
                                                          U.S. Magistrate Judge