## NICOLINI, PARADISE, FERRETTI & SABELLA, PLLC

COUNSELORS AT LAW
114 OLD COUNTRY ROAD - STE. 500
P.O. BOX 9006
MINEOLA, NEW YORK 11501-9006
PHONE: (516) 741-6355
FAX:     (516) 741-1659
*ALL NO-FAULT MATTERS FAX: (516) 741-2798
EMAIL: general@npfslaw.com

VINCENT J. PARADISE
ANTHONY J. NICOLINI (1935-2004)
JOHN R. FERRETTI
VINCE A. SABELLA
JOHN J. NICOLINI
BARBARA L. HALL

OFFICE MANAGER
CATHERINE FIORITO

OF COUNSEL
ROGER E. SIEGEL

BRIAN F. CURRAN
CLAIRE M. MANZIONE
FRANCIS J. AMMENDOLEA
MARY R. DEWAN
JOHN J. DARCY
MARY-KATHERINE AMMENDOLEA
RICHARD A. D'ARRIGO
MITCHELL S. LUSTIG

LEGAL ASSISTANTS
ELIZABETH MONTELEONE
LORETTA RUSSO
DIANE BLUMENTHAL

September 23, 2008

Hon. James Orenstein
United States District Judge
United States Court House
300 Cadman Plaza
Brooklyn, NY 11201

(By ECF )

    **Re:**    Ara v Khan, 07 Civ 1251 (ARR)(JO)

Dear Magistrate Judge Orenstein:

    We are pleased to enclose the Stipulation of Settlement of the above matter which we ask that you submit to Judge Ross to have "so ordered".

    Thank you for your assistance in resolving this matter.

Respectfully submitted,

Barbara L. Hall (5191)
Nicolini Paradise Ferretti & Sabella

BLH:bk
Enc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

HASMAT ARA,

                Plaintiff,              07 CIV 1251 (ARR)(JO)

   -against-                              **STIPULATION OF**
                                        **SETTLEMENT**

KAMRAN KHAN and SAKINA KHAN,

                Defendants.

------------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the captioned action and all claims asserted therein, is hereby dismissed with prejudice. The Parties are to bear their own attorneys' fees and costs.

Dated: New York, New York
         September 16, 2008

| NICOLINI, PARADISE & FERRETTI & SABELLA | CLIFFORD CHANCE US, LLP |
|---|---|
| BY: _____ <br> Barbara L. Hall <br> 114 Old Country Road, Suite 500 <br> Mineola, NY 11501-9006 | BY: _____ <br> Christian A. Cavallo <br> 31 West 52nd Street <br> New York, NY 10019 |
| STEVEN ZALEWSKI & ASSOCS. P.C. <br> 125-10 Queens Blvd., Suite 218 <br> Kew Gardens, NY 11415 | URBAN JUSTICE CENTER <br> Molly K. Biklen <br> 123 William Street, 16th Floor <br> New York, NY 10038 |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

SO ORDERED:

_____
ALLYNE R. ROSS, U.S.D.J.        Date

NYA904796.1