UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

HASMAT ARA,

                Plaintiff,            07 CIV 1251 (ARR)(JO)

-against-                        **STIPULATION OF SETTLEMENT**

KAMRAN KHAN and SAKINA KHAN,

                Defendants.

---------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the captioned action and all claims asserted therein, is hereby dismissed with prejudice. The Parties are to bear their own attorneys' fees and costs.

Dated: New York, New York
         September 16, 2008

NICOLINI, PARADISE & FERRETTI & SABELLA

BY: _____
Barbara L. Hall
114 Old Country Road, Suite 500
Mineola, NY 11501-9006

STEVEN ZALEWSKI & ASSOCS. P.C.
125-10 Queens Blvd., Suite 218
Kew Gardens, NY 11415

*Attorneys for Defendants*

CLIFFORD CHANCE US, LLP

BY: _____
Christian A. Cavallo
31 West 52nd Street
New York, NY 10019

URBAN JUSTICE CENTER
Molly K. Biklen
123 William Street, 16th Floor
New York, NY 10038

*Attorneys for Plaintiffs*

SO ORDERED:

s/ ARR                                       9/24/08
_____    _____
ALLYNE R. ROSS, U.S.D.J.              Date